# Court of Appeals
# of the State of Georgia

ATLANTA, November 04, 2015

*The Court of Appeals hereby passes the following order*

**A16I0042. CONTINENTAL CASUALTY CO. (CNA)/CNA, et al. v. SBC 2011-1 LLC, A DELAWARE LIMITED LIABILITY COMPANY.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

13CV6659



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, November 04, 2015.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*